UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRADY FOLLIARD, | ) ) ) |
| Plaintiff, | ) ) ) Civil Case No. 07-1969 (RJL) |
| v. | ) ) |
| HEWLETT-PACKARD COMPANY, | ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT**
(January _11_, 2011)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the defendant's Motion to Dismiss [#23] is **GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice as to all parties.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge